SHANIQUA DANIELS, an Infant, by Her Father and Natural Guardian, RICHARD DANIELS, et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [643 NYS2d 434] —Order unanimously affirmed without costs (*see, Allen v New York City Hous. Auth.,* 203 AD2d 313, 314). (Appeal from Order of Supreme Court, Kings County, Garry, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.